Bank of Utica    THE PRESIDENT, DIRECTORS AND COMPANY OF THE BANK
    v.
Hillard.              OF UTICA *against* HILLARD.

The English *J. A. Spencer*, for the defendant, moved for a rule upon
practice of or-
dering a party the plaintiffs, that they furnish to the defendant's attorney
to furnish pa- copies of certain entries made in their books relating to
pers, or allow
copies to be the note which they had declared on in this cause, or al-
taken, thus
furnishing evi- low some proper person to inspect and take copies of their
dence against books.
himself, has
not been adop- He cited *Clifford* v. *Taylor*, (1 *Taunt.* 167 ;) *Gold-*
ted by the su-
preme court, *schmidt* v. *Marryat*, (1 *Campb. Rep.* 561, 2 ;) *Potts* v.
except where *Adair*, (1 *Anstr.* 259,) and *Gabbit* v. *Cavendish*, (2
the paper is
the immediate *Anstr.* 547.)
foundation of
the action ;
and in a few *S. Beardsley*, contra. This is not a motion by corpo-
other cases de- rators, who have an interest in the books sought to be in-
pending on
peculiar cir- spected ; but by a mere stranger, who has no right to look
cumstances.
Motion to in- into the private account books of his adversary. There
spect the is no difference, in this respect, between a corporation and
books of a
bank, or com- a private person. When the writing sought to be exam-
pel them to ined, does not constitute the immediate foundation of the
allow copies
to be taken, action or defence, the court will not order an inspection,
denied. or a copy to be delivered, except in cases where forgery
is alleged, or in actions on policies of insurance.

*Curia.* It seems by one of the cases cited in support
of this motion, that the English courts go great lengths in
granting the description of order applied for. It is granted
by a judge at chambers ; and the party is compelled to
furnish evidence to the full extent of what he would be
bound to do on a bill of discovery. This practice is of re-
cent origin in *England*. It has not been adopted by this
court ; and we have often declined to follow it, on motion
to compel the party to furnish evidence in this way against
himself, except in certain cases ; as where the instrument
to be inspected or copied is the immediate foundation of
the action ; and in a few other cases, depending on pecul-
iar circumstances. (*Willis* v. *Bailey*, 19 *John.* 268, 9.)

We see no reason, in the instance before us, for going farther.

<div align="right">

UTICA,
Aug. 1826.

(*a*.) Vid. 5 *Cowen*, 419, *S. C.* and *Clark* v. *Spencer*, ante, 59.